## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 12-CR-00190-WY-2 |
| | : | |
| | : | |
| MATTHEW McMANUS, *et al.* | : | |

### ORDER

AND NOW, this _____ day of May, 2014, upon consideration of the Consent Motion of Defendant Matthew McManus to Continue Sentencing, it is hereby ORDERED that said Motion is GRANTED. Sentencing is continued to a date no earlier than July 21, 2014.

BY THE COURT:

_____
THE HONORABLE WILLIAM H. YOHN, J.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 12-CR-00190-WY-2 |
| | : | |
| | : | |
| MATTHEW McMANUS, *et al.* | : | |

**CONSENT MOTION OF DEFENDANT MATTHEW McMANUS TO CONTINUE SENTENCING**

Defendant Matthew McManus, through his counsel, respectfully moves this Court to continue his sentencing, currently set for May 21, 2014, for sixty days. The government consents to this continuance. In support of this Motion Mr. McManus states as follows:

1. Mr. McManus was convicted by a jury on February 19, 2014. His post-trial motions are currently due today, with a consent motion to extend that deadline to May 19, 2014 being filed contemporaneously with this Motion. The outcome of the post-trial motions may impact the sentencing in this matter.

2. The Presentence Investigation Report is not yet completed, as Mr. McManus continues to gather financial and other documentation that the Probation Office needs to complete the report.

3. Sentencing in this matter, after a substantial trial, will raise several complex issues including, for example, the loss amount.

4. Mr. McManus recently engaged the firm of Ifrah Law as additional counsel to assist him in preparing for sentencing. Jacqueline Gordon Snider, Esquire, has entered her appearance, and the motion of A. Jeff Ifrah, Esquire for admission *pro hac vice* is pending. Mr. Ifrah and his

firm will require additional time to familiarize themselves with the record in order to meaningfully assist Mr. McManus.

5.    AUSA David Axelrod has authorized the undersigned to state that the government consents to a continuance of sixty days.

WHEREFORE, for all of these reasons, Mr. McManus respectfully requests that the Court continue his sentencing to a date no earlier than July 21, 2014.

>                             Respectfully submitted,
>
>
> By:    */s/ Lisa A. Mathewson*
>        Lisa A. Mathewson, Esquire
>        The Law Offices of Lisa A. Mathewson, LLC
>        123 South Broad Street, Suite 810
>        Philadelphia, PA 19109
>        (215) 399-9592
>        lam@mathewson-law.com
>
>        *Counsel to Defendant Matthew McManus*

Dated: May 12, 2014

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served this 12th day of May, 2014, via the Court's Electronic Case Filing ("ECF") system upon the following:

AUSA David L. Axelrod
United States Attorney's Office
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106

Salvatore C. Adamo, Esquire
1434 Knox Avenue, Suite 300
Easton, PA 18040

William T. Cannon, Esquire
William T. Cannon, P.C.
100 S. Broad Street, Suite 1910
Philadelphia, PA 19110

Nialena Caravasos, Esquire
Law Office of Nialena Caravasos LLC
926 Public Ledger Building
620 Chestnut Street
Philadelphia, PA 19106

J. Michael Farrell, Esquire
718 Arch Street, Suite 402N
Philadelphia, PA 19106
Counsel for Aaron Bogdanoff

Paul J. Hetznecker, Esquire
1420 Walnut Street, Suite 911
Philadelphia, Pa 19102

/s/ Lisa A. Mathewson