IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of |
| | : | Notice: May 13, 2014 |
| vs. | : | |
| | : | |
| MATTHEW MCMANUS | : | Criminal No. 12-190-2 |
| 8721 MONTGOMERY AVE | | |
| GLENSIDE, PA 19038 | | |

**TAKE NOTICE** that the above-entitled case has been set for <u>Sentencing</u> in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, on <u>July 23, 2014</u> at <u>3:00 p.m.</u> before the Honorable <u>William H. Yohn, Jr.</u>, in <u>Courtroom 14-B</u>, 14th floor.

**ALL DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE. IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

If a defendant is presently in jail, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom. **No further continuances will be granted unless requested, in writing, at least forty-eight hours prior to the time of proceeding.**

Sincerely,

Thomas J. McCann
Deputy Clerk to Judge Yohn

[NO]  INTERPRETER REQUIRED
[x]  THIS PROCEEDING HAS BEEN RESCHEDULED FROM 5/21/14

Notice to:
Defendant via mail
Lisa Mathewson, Esq. via mail
Mark Cedrone, Esq. Via mail
David Axelrod , A.U.S.A. (via e-mail)
U.S. Marshal (via e-mail)
Probation Office (via e-mail)
Pretrial Services (via e-mail)
Larry Bowman (via e-mail)

Cr 4 (rev. 8/98)