**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 12-CR-00190-WY-2 |
| | : | |
| | : | |
| MATTHEW McMANUS, *et al.* | : | |

**<u>ORDER</u>**

AND NOW, this _____ day of May, 2014, upon consideration of the Motion Of Defendant Matthew McManus For Judgment Of Acquittal, Or In The Alternative For A New Trial, it is hereby ORDERED that said Motion is GRANTED.  Judgment of acquittal is hereby entered [or a new trial is hereby ordered] on Counts Seventeen through Nineteen, Thirty-Two and Thirty-Three of the Indictment.

BY THE COURT:

_____
THE HONORABLE WILLIAM H. YOHN, J.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 12-CR-00190-WY-2 |
| | : | |
| | : | |
| MATTHEW McMANUS, *et al.* | : | |

### MOTION OF DEFENDANT MATTHEW McMANUS FOR JUDGMENT OF ACQUITTAL, OR IN THE ALTERNATIVE FOR A NEW TRIAL

Defendant Matthew McManus, through his counsel, respectfully moves this Court for judgment of acquittal, or in the alternative for a new trial, on Counts Seventeen through Nineteen, Thirty-Two, and Thirty-Three.  In support of this Motion Mr. McManus submits the accompanying Memorandum of Law.

Respectfully submitted,

By:   */s/ Lisa A. Mathewson*
Lisa A. Mathewson, Esquire
The Law Offices of Lisa A. Mathewson, LLC
123 South Broad Street, Suite 810
Philadelphia, PA 19109
(215) 399-9592
lam@mathewson-law.com

*Counsel to Defendant Matthew McManus*

Dated: May 19, 2014

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing was served this 19th day of May, 2014, via the Court's Electronic Case Filing ("ECF") system upon the following:

AUSA David L. Axelrod
United States Attorney's Office
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106

Salvatore C. Adamo, Esquire
1434 Knox Avenue, Suite 300
Easton, PA 18040

William T. Cannon, Esquire
William T. Cannon, P.C.
100 S. Broad Street, Suite 1910
Philadelphia, PA 19110

Nialena Caravasos, Esquire
Law Office of Nialena Caravasos LLC
926 Public Ledger Building
620 Chestnut Street
Philadelphia, PA 19106

J. Michael Farrell, Esquire
718 Arch Street, Suite 402N
Philadelphia, PA 19106
Counsel for Aaron Bogdanoff

Paul J. Hetznecker, Esquire
1420 Walnut Street, Suite 911
Philadelphia, Pa 19102

*/s/ Lisa A. Mathewson*

2