# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| MATTHEW McMANUS | : | NO. 12-190-2 |
| | : | |

**ORDER**

AND NOW, this 2nd day of September 2014, upon careful consideration of the motion for a judgment of acquittal or in the alternative for a new trial filed by Matthew McManus (Doc. No. 314), and the government's opposition thereto, IT IS HEREBY ORDERED that the motion is **DENIED**.

Sentencing is scheduled for **September 24, 2014** at **2PM** in Courtroom 14B.

/s/ William H. Yohn Jr.
William H. Yohn Jr., Judge