IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL ACTION |
| vs. | : |
| MATTHEW McMANUS | : NO. 12-190-2 |

## ORDER

AND NOW, this __6__ day of October, 2014, upon careful consideration of the motion for forfeiture money judgment filed by the government (Doc. No. 268), and the defendant's opposition thereto, **IT IS HEREBY ORDERED** that the motion is **GRANTED IN PART** with respect to finding forfeiture appropriate and imposing joint and several liability. **IT IS FURTHER ORDERED** that the court will hear argument on **October 7, 2014 at 10:00 a.m.** as to whether the parties should provide further briefing or the court should conduct an evidentiary hearing on the question of what amount is properly subject to forfeiture.

William H. Yohn Jr., Judge