IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          :
                                  :
              v.                  :
                                  :
MATTHEW MCMANUS                   :          CRIM. NO.  12-190-2

## SUPPLEMENTAL SENTENCING MEMORANDUM OF DEFENDANT
## MATTHEW McMANUS

Mr. McManus respectfully submits this short Supplemental Memorandum addressing three financial issues raised in the Final Presentence Report ("PSR"), and three points raised in the Government's Sentencing Memorandum.

## I.    Availability of Assets for Restitution:  Three Corrections to the Final Presentence Report

### A.    The Masters Research Partners LP Hedge Fund

The PSR incorrectly lists a $234,720.00 balance in this fund as an asset of Mr. McManus. The Probation Officer acknowledges that Mr. McManus's August 2014 financial disclosures explain that he sold his interest in the fund, but questions why Mr. McManus identified the fund on his February 2014 disclosures if that is the case – perhaps implying that Mr. McManus liquidated the asset in anticipation of sentencing.  Final Presentence Report ¶ 78 & n.7 (at p. 19).

The answer is that the Probation Office's Net Worth Statement requires defendants to identify all businesses in which they have "had an affiliation [including 'shareholder' or 'partner'] within the last three years" – not merely business assets currently held.  Mr. McManus informed the hedge fund of his intent to sell his interest in October 2012; for internal processing

reasons the fund did not make the disbursement until February 2013.[1]  The attached

documentation (Exhibit "A") reflects Mr. McManus's liquidation of the asset.  Even though Mr.

McManus no longer owned an interest in the fund in February 2014, he was required to disclose

his prior ownership.[2]


      B.    <u>Joint Checking Account Balance</u>

The PSR incorrectly lists a $104,000 balance in the joint checking account held by Mr.

McManus and his wife, stating that Mr. McManus did not explain the drop from that balance in

February 2014 to the $6200 balance that he reported in August 2014.  Final Presentence Report ¶

78 & n.8 (at p. 19).

That is incorrect.  Mr. McManus's monthly expenses are documented on his Cash Flow

Statements, which demonstrate significant negative cash flow for necessary expenses.  Even

though the Probation Office does not consider all of the expenses "necessary living expenses,"

Mr. McManus has identified the uses to which he has put cash on hand.  Moreover, Mr.

McManus produced bank statements for the account, which detail Point of Sale purchases and

reflect the account balances.

---

[1]    Mr. McManus's reference to "2010 or before" on his August 2014 Net Worth Statement was a failure of recollection (confusing this asset with another liquidated earlier), now corrected when he retrieved the documentation for the sale.

[2]    The February 2014 disclosure would admittedly have been more clear had Mr. McManus listed the value of the asset as "zero."

C.     <u>Judgment Owed to Internal Revenue Services</u>

The PSR identifies an unpaid $19,503.91 judgment to the IRS as a liability of Mr.

McManus. Final Presentence Report ¶ 78 (at p. 20). This is incorrect. Mr. McManus paid that

obligation in February 2013, and the IRS released the levy (documentation attached as Exhibit

"B").

## II.     Other Litigation Matters

The government attempts to demonstrate that Mr. McManus's use of deceptive business

tactics continued after his split from Remington, by citing unrelated claims against him. None of

the examples that the government cites supports its argument.

A.     <u>Shamin Hotels / Robert McDonald</u>

Shamin Hotels did indeed file suit against Bluestone for "its involvement in the fraud"

perpetrated by one Robert McDonald (Gov. Mem. at 16), but the suit does not allege that

Bluestone knowingly or intentionally perpetrated the fraud. Rather, it alleges that Bluestone

"swallowed whole the lies McDonald provided regarding his personal and financial

background," failed to discover them, and passed them on to the plaintiff. *See* Complaint in

*Shamin Hotels, Inc. v. NAI Bluestone Real Estate Capital, LLC* (attached as Exhibit 5 to Gov.

Mem), at ¶ 55.

B.     <u>West Chester Host / Alliance Development Fund</u>

Similarly, the government claims that the West Chester Host suit against Bluestone

demonstrates Bluestone's "deceptive business tactics," but the Complaint itself reveals no such

thing. West Chester Host sued Bluestone only for breach of contract and negligence – not even

alleging that Bluestone knew that the Alliance fund would fail to perform. Complaint in *West*

*Chester Host LLC v. Alliance Development Fund, Inc. and Bluestone Real Estate Capital, LLC* (attached as Exhibit 7 to Gov. Mem.), at pp. 8-9.


        C.        <u>Garrett Wyman's Investment in Northbridge</u>

Garrett Wyman and Mr. McManus were close friends who spoke regularly until shortly before Mr. Wyman's untimely death. Mr. McManus remembers Mr. Wyman's sister visiting him shortly before Mr. Wyman died, but recalls the visit as an outpouring of pain – understandably – rather than a request for the return of an investment.

Indeed Mr. Wyman and Mr. McManus were so close that they invested in the Nantucket property together, and their families shared the house. Mr. Wyman himself requested, only months before his death, that Mr. McManus buy him out of his $200,000 investment in that property. Mr. McManus gladly did so, and actually paid Mr. Wyman $50,000 more than his $200,000 investment. Later, Mr. McManus funded out of his own pocket the attorney's fees for a suit that yielded a judgment in Northbridge's favor against the defaulted borrower John Kontra of ACCS.[3] Mr. Wyman's mother, like the other Northbridge investors, will receive a proportional share of any money collected on that judgment.


        Respectfully submitted,


        /s/_____
        Lisa A. Mathewson
        The Law Offices of Lisa A. Mathewson, LLC
        123 South Broad Street, Suite 810
        Philadelphia, PA 19109
        (215) 399-9592
        lam@mathewson-law.com

---

[3]      The government has never challenged the legitimacy of this Northbridge investment.

4

A. Jeff Ifrah
David B. Deitch
Ifrah PLLC
1717 Pennsylvania Ave NW
Suite 650
Washington DC 20006
(202) 524-4140
jeff@ifrahlaw.com
ddeitch@ifrahlaw.com

Counsel to Defendant Matthew McManus

Date: October 6, 2014

## **CERTIFICATE OF SERVICE**

I, Lisa A. Mathewson, do hereby certify that on this date I caused a true and correct copy of the foregoing document to be served upon the following counsel via electronic filing:

AUSA David L. Axelrod
U.S. Attorney's Office
615 Chestnut Street, Suite 1250
Philadelphia, PA  19106

/s/
Lisa A. Mathewson

Date:   October 6, 2014

EXHIBIT "A"

| | |
|---|---|
| **From:** | Suzanne Moses <smoses@greenbrec.com> |
| **Sent:** | Wednesday, January 02, 2013 3:16 PM |
| **To:** | 'KRIS' |
| **Cc:** | 'Matthew McManus' |
| **Subject:** | RE: McManus Wire Instructions |
| **Attachments:** | McManus Wire Instructions |

**Importance:** High

Hi, can you confirm the date the wire referenced below and attached will be received?
Thank you.

Suzanne Moses
Director of Operations

GREENBRIDGE
REAL ESTATE CAPITAL

The Rialto Building
1033 N. 2nd Street, 2nd Floor
Philadelphia, PA 19123

DD 267.546.9021
Cell 215.518.2732
smoses@greenbrec.com

---

**From:** Norma R. Hannah [mailto:nhannah@krfs.com] **On Behalf Of** KRIS
**Sent:** Monday, October 22, 2012 11:42 AM
**To:** 'Suzanne Moses'; KRIS
**Cc:** Matthew McManus
**Subject:** RE: McManus Wire Instructions

Good Morning,

This is to confirm receipt of the wire instructions.

Thank you very much.

Best regards,

Any tax advice given in this email is an informal opinion based on the information contained in this email. As such, the advice is not intended or written to be used for the purpose of avoiding tax penalties and it cannot be used for that purpose. We are available to prepare a more formal, written tax opinion at your request.

**Norma R. Hannah**

**Kaufman Rossin Fund Services, LLC**
2699 South Bayshore Drive | 9th Floor | Miami | FL | 33133

kris@KRFS.com  |  www.krfs.com
305.646.6080 Phone  |  786.470.2326 Fax

*This communication was sent from Kaufman Rossin Fund Services, LLC and contains information that may be confidential or privileged. The information is solely intended for the use of the addressee. If you are not the intended recipient, be advised that any disclosure, copy, distribution, or use of the contents of this communication is prohibited. If you have received this communication in error, please immediately notify the sender by telephone or by electronic mail.*

*This message and related attachments are intended to be an informal means of communication and should not be relied upon, other than for discussion purposes, unless accompanied by a report or letter executed by authorized representatives of the company.*

**From:** Suzanne Moses [mailto:smoses@greenbrec.com]
**Sent:** Monday, October 22, 2012 11:27 AM
**To:** KRIS
**Cc:** Matthew McManus
**Subject:** McManus Wire Instructions

Please see the signed wire instructions for Matthew and Jennifer McManus per your request.
Thank you.

Suzanne Moses
Director of Operations

GREENBRIDGE
REAL ESTATE CAPITAL

The Rialto Building
1033 N. 2nd Street, 2nd Floor
Philadelphia, PA 19123

DD  267.546.9021
Cell 215.518.2732
smoses@greenbrec.com

**To:** Matthew McManus
**Subject:** RE: McManus Wire Instructions - Master's Reseach  hedge fund

---

**From:** Suzanne Moses [mailto:smoses@greenbrec.com]
**Sent:** Monday, February 04, 2013 1:51 PM
**To:** 'Matthew McManus'
**Subject:** RE: McManus Wire Instructions

yes

Suzanne Moses
Director of Operations

GREENBRIDGE
REAL ESTATE CAPITAL

The Rialto Building
1033 N. 2nd Street, 2nd Floor
Philadelphia, PA 19123

DD  267.546.9021
Cell 215.518.2732
smoses@greenbrec.com

---

**From:** Matthew McManus [mailto:mmcmanus@greenbrec.com]
**Sent:** Monday, February 04, 2013 1:09 PM
**To:** Suzanne Moses
**Subject:** FW: McManus Wire Instructions

Can you check to see if this arrived, thanks.

Matthew McManus
Managing Director
Greenbridge Real Estate Capital, LLC
The Rialto Building
1033 N. 2nd Street. Second Floor
Philadelphia, PA 19123
215-880-4303
267-546-9028



---

**From:** Gary Kay [mailto:gkay@mastersresearch.com]
**Sent:** Monday, February 04, 2013 1:05 PM

**To:** Matthew McManus
**Subject:** Re: McManus Wire Instructions

Hi Matt,

Your wire was released today so it should go out by about 4:00 p.m.

Gary

**From:** Matthew McManus <mmcmanus@greenbrec.com>
**Date:** Monday, February 4, 2013 12:52 PM
**To:** Gary Kay <gkay@mastersresearch.com>, <mmcmanus5@greenbrec.com>
**Subject:** RE: McManus Wire Instructions

Gary,

Just confirming this went out, please let me know, thanks.

Matthew McManus
Managing Director
Greenbridge Real Estate Capital, LLC
The Rialto Building
1033 N. 2nd Street. Second Floor
Philadelphia, PA 19123
215-880-4303
267-546-9028



**From:** Gary Kay [mailto:gkay@mastersresearch.com]
**Sent:** Friday, February 01, 2013 5:58 PM
**To:** mmcmanus5@greenbrec.com
**Subject:** Re: McManus Wire Instructions

The wire is going out Monday 1st thing.

On Jan 30, 2013, at 7:46 PM, Matthew McManus <mmcmanus5@greenbrec.com> wrote:

> Thanks Gary, I'll be back soon, you guys have been great, thanks again.
> Matthew McManus
> Managing Director
> Greenbridge Real Estate Capital, LLC
> The Rialto Building
> 1023 North 2nd Street, Second Floor
> Philadelphia, PA 19123
> 215-880-4303
>
> **From:** Gary Kay <gkay@mastersresearch.com>
> **Date:** Wed, 30 Jan 2013 19:34:21 -0500

**To:** <mmcmanus@greenbrec.com>
**Cc:** 'cathy@magnum.com'<cathy@magnum.com>;
'cherise@magnum.com'<cherise@magnum.com>;
'Claudia@magnum.com'<Claudia@magnum.com>; mastersresearch
krfs<mastersresearch@KAUFMANROSSIN.COM>; KRIS<kris@krfs.com>; Gary
Rubin<grubin@mastersresearch.com>
**Subject:** Re: McManus Wire Instructions

Hi Matt,

We will be wiring the funds in the next couple of days; perhaps tomorrow. I will let you know when it is going out. Since the time you invested, we have become a real business with an outstanding administrator that has procedures that we must follow. It's amazing how well you did with you investment. I'm sorry you have to go.

Gary Kay

 **Citizens Bank**

**1-800-773-7373**
Call Citizens' special, dedicated Gold
Customer service line any time for account
information, current rates, and answers to
your questions.

*Checking continued from previous page*

## Deposits & Additions

| Date | Amount | Description |
|------|--------|-------------|
| 02/04 | 3,375.39 | Transfer |
| 02/04 | 2,600.00 | Deposit |
| 02/04 | 211,248.00 | Incoming Wire Transfer (Mts No.130204009570) |
| 02/11 | 9,930.69 | Deposit |

## Interest

| Date | Amount | Description |
|------|--------|-------------|
| 02/25 | 2.65 | Interest |

JENNIFER BURMAN-MCMANUS
MATTHEW E MCMANUS
**Circle Gold Checking w/Interest**
XXXXXXX559-6

 Total Deposits & Additions
227,154.08

Total Interest Paid
2.65

Current Balance
157,021.70

## Daily Balance

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 01/25 | 52,497.98 | 02/04 | 263,301.09 | 02/15 | 161,655.41 |
| 01/28 | 51,500.42 | 02/06 | 263,099.34 | 02/19 | 159,126.63 |
| 01/29 | 51,430.42 | 02/11 | 252,559.60 | 02/20 | 158,676.63 |
| 01/30 | 50,980.42 | 02/12 | 163,246.10 | 02/21 | 157,022.05 |
| 01/31 | 50,930.42 | 02/14 | 163,206.10 | 02/25 | 157,021.70 |
| 02/01 | 46,444.92 | | | | |

Member FDIC   Equal Housing Lender

EXHIBIT "B"

 **Citizens Bank**

Home    Manage Accounts    Transfer Money    Pay Bills & People    Service Center    Manage Features

Account History    Online Statements    Image Search

# Account History

Account:
Circle Gold Checking w/ Interest - xxxxx5596 Bal. $252,356.60

Shortcuts...    GO

| Current Account Features | Manage Features |
|---|---|
| ■ Standard Overdraft Practices Preference(s) | |

**eStatements & eNotices**

· View eStatements

· View eNotices

· Go Paperless

## Circle Gold Checking w/ Interest - xxxxxx5596  (Account Type: Checking)

┌─ Account Summary ─────────────────────────┐
| Available Balance        : | $252,356.60 |
| Last Statement Balance: | $52,700.98 |
| Last Deposit Amount: | $9,930.69 |
| Last Statement Date: | 01/24/2013 |
| Last Deposit Date: | 02/11/2013 |
| Last Activity Date: | 02/11/2013 |
| Available ODP Amount: | $10,000.00 |

Customize the Transaction History view by using the filters below.

| From | To | Or |
|---|---|---|
| 11/15/2012 | 02/12/2013 | Select... |

Type
All Transactions    VIEW

## Transaction History

⊟ Hide Memo

◁ Previous Next ▷

| Date ⏶⏷ | Description ⏶⏷ | Ref. # ⏶⏷ | Debit(-) ⏶⏷ | Credit(+) ⏶⏷ | Balance | View |
|---|---|---|---|---|---|---|
| 02/12/2013 | ATM Cash | | $203.00 | | $252,356.60 | 🔍 |
| | Memo: DDA DEBIT | | | | | |
| 02/11/2013 | ATM Cash | | $300.00 | | $252,559.60 | 🔍 |
| | Memo: 8616 GERMANT PHILADELPHIA PA 8376 | | | | | |
| 02/11/2013 | Levy Withdrawal | | $20,045.43 | | $252,859.60 | 🔍 |
| | Memo: DDA DEBIT | | | | | |
| 02/11/2013 | IRS Processing Fee | | $125.00 | | $272,905.03 | 🔍 |
| 02/11/2013 | Deposit | | | $9,930.69 | $273,030.03 | 🔍 |
| 02/06/2013 | ATM Cash | | $201.75 | | $263,099.34 | 🔍 |
| | Memo: 219 SOUTH 17TH STRPHILADEPHIA PA 0219 | | | | | |
| 02/04/2013 | Check | 3732 | $49.22 | | $263,301.09 | 🔍 |
| 02/04/2013 | ATM Cash | | $300.00 | | $263,350.31 | 🔍 |
| | Memo: 8616 GERMANT PHILADELPHIA PA 8376 | | | | | |

| Form **668-D** | Department of the Treasury - Internal Revenue Service |
|---|---|
| (Rev. December 2001) | # Release of Levy/Release of Property from Levy |

| To | Taxpayer(s) |
|---|---|
| TD BANK N.A.<br>LEVY DEPARTMENT AIM #02-201-01-75<br>9000 ATRIUM WAY<br>MOUNT LAUREL, NJ 08054-3952004 | MATTHEW E MCMANUS & JENNIFER BURMAN<br>██████████████████<br><br>Identifying Number(s)<br>████████ |

A notice of levy was served on you and demand was made for the surrender of:

☒ all property, rights to property, money, credits and bank deposits of the taxpayer(s) named above, except as provided in 6332(c) of the Internal Revenue Code–"Special Rule For Banks." See Page 2 regarding this exception.

☐ wages, salary and other income, now owed to or becoming payable to the taxpayer(s) named above.

**The box checked below applies to the levy we served on you.**

# Release of Levy

☒ Under the provisions of Internal Revenue Code section 6343, all property, rights to property, money, credits, and bank deposits of the taxpayer(s) named above are released from the levy.

☐ Under the provisions of Internal Revenue Code section 6343, all wages, salary and other income now owed to or becoming payable to the taxpayer(s) named above are released from the levy.

# Release of Property from Levy `

☐ Under the provisions of Internal Revenue Code section 6343, all property, rights to property, money, credits, and bank deposits greater than   are released from the levy. The levy now attaches only to this amount.

☐ The last payment we received from you was _ dated _. The amount the taxpayer still owes is . When this amount is paid to the Internal Revenue Service, the levy is released. If you sent us a payment after the last payment date shown, subtract that from the amount you send now.

☐ Under the provisions of Internal Revenue Code section 6343, all wages, salary and other income ☐ **greater than** ☐ **less than**  each now owed to or becoming payable to the taxpayer(s) named above are released from the levy.

Dated at <u>FREEHOLD, NJ,</u>                                                <u>February 21, 2013</u>
         *(Place)*                                                                                        *(Date)*

| Signature | Telephone Number | Title |
|---|---|---|
| */S/ M. MACGILLIVRAY* | (732)761-3338 | REVENUE OFFICER |

Form **668-D**
(Rev. December 2001)

Department of the Treasury - Internal Revenue Service

# Release of Levy/Release of Property from Levy

| To | Taxpayer(s) |
|---|---|
| TD AMERITRADE<br>4211 S 102ND ST<br>OMAHA, NE 68127-1031119 | MATTHEW E MCMANUS<br><br>███████████████ |
|  | Identifying Number(s)<br>██████████ |

A notice of levy was served on you and demand was made for the surrender of:

☒ all property, rights to property, money, credits and bank deposits of the taxpayer(s) named above, except as provided in 6332(c) of the Internal Revenue Code–"Special Rule For Banks." See Page 2 regarding this exception.

☐ wages, salary and other income, now owed to or becoming payable to the taxpayer(s) named above.

**The box checked below applies to the levy we served on you.**

# Release of Levy

☒ Under the provisions of Internal Revenue Code section 6343, all property, rights to property, money, credits, and bank deposits of the taxpayer(s) named above are released from the levy.

☐ Under the provisions of Internal Revenue Code section 6343, all wages, salary and other income now owed to or becoming payable to the taxpayer(s) named above are released from the levy.

# Release of Property from Levy

☐ Under the provisions of Internal Revenue Code section 6343, all property, rights to property, money, credits, and bank deposits greater than ☐ are released from the levy. The levy now attaches only to this amount.

☐ The last payment we received from you was ☐ dated ☐. The amount the taxpayer still owes is ☐. When this amount is paid to the Internal Revenue Service, the levy is released. If you sent us a payment after the last payment date shown, subtract that from the amount you send now.

☐ Under the provisions of Internal Revenue Code section 6343, all wages, salary and other income ☐ **greater than** ☐ **less than** each now owed to or becoming payable to the taxpayer(s) named above are released from the levy.

Dated at FREEHOLD, NJ,                                    February 21, 2013

*(Place)*                                                            *(Date)*

| Signature | Telephone Number | Title |
|---|---|---|
| **/S/ M. MACGILLIVRAY** | (732)761-3338 | REVENUE OFFICER |

Part 2 – For Taxpayer

Form 668-D (DO/CG) (Rev. 12-2001)

| Form **668-D**<br>(Rev. December 2001) | Department of the Treasury - Internal Revenue Service<br># Release of Levy/Release of Property from Levy |
|---|---|

| To<br><br>TD AMERITRADE<br>4211 S 102ND ST<br>OMAHA, NE 68127-1031119 | Taxpayer(s)<br>MATTHEW E MCMANUS & JENNIFER BURMAN<br>████████████████████ |
| | Identifying Number(s)<br>██████████ |

A notice of levy was served on you and demand was made for the surrender of:

[X] all property, rights to property, money, credits and bank deposits of the taxpayer(s) named above, except as provided in 6332(c) of the Internal Revenue Code–"Special Rule For Banks." See Page 2 regarding this exception.

[ ] wages, salary and other income, now owed to or becoming payable to the taxpayer(s) named above.

**The box checked below applies to the levy we served on you.**

# Release of Levy

[X] Under the provisions of Internal Revenue Code section 6343, all property, rights to property, money, credits, and bank deposits of the taxpayer(s) named above are released from the levy.

[ ] Under the provisions of Internal Revenue Code section 6343, all wages, salary and other income now owed to or becoming payable to the taxpayer(s) named above are released from the levy.

# Release of Property from Levy

[ ] Under the provisions of Internal Revenue Code section 6343, all property, rights to property, money, credits, and bank deposits greater than   are released from the levy. The levy now attaches only to this amount.

[ ] The last payment we received from you was _ dated _. The amount the taxpayer still owes is . When this amount is paid to the Internal Revenue Service, the levy is released. If you sent us a payment after the last payment date shown, subtract that from the amount you send now.

[ ] Under the provisions of Internal Revenue Code section 6343, all wages, salary and other income [ ] **greater than** [ ] **less than**   each now owed to or becoming payable to the taxpayer(s) named above are released from the levy.

Dated at FREEHOLD, NJ,                                                    February 21, 2013
　　　　　　*(Place)*                                                              *(Date)*

| Signature<br><br>*/S/ M. MACGILLIVRAY* | Telephone Number<br><br>(732)761-3338 | Title<br><br>REVENUE OFFICER |
|---|---|---|

Part 2 – For Taxpayer                                      Form 668-D (DO/CG) (Rev. 12-2001)

Form **668-D**
(Rev. December 2001)

Department of the Treasury - Internal Revenue Service
# Release of Levy/Release of Property from Levy

| To | Taxpayer(s) |
|---|---|
| CHARLES SCHWAB & CO INC<br>OFFICE OF CORPORATE COUNSEL<br>101 MONTGOMERY ST.<br>SAN FRANCISCO, CA 94104 | MATTHEW E MCMANUS & JENNIFER BURMAN<br>████████████████<br>████████████████ |
| | Identifying Number(s)<br>████████ |

A notice of levy was served on you and demand was made for the surrender of:

☒  all property, rights to property, money, credits and bank deposits of the taxpayer(s) named above, except as provided in 6332(c) of the Internal Revenue Code--"Special Rule For Banks."  See Page 2 regarding this exception.

☐  wages, salary and other income, now owed to or becoming payable to the taxpayer(s) named above.

**The box checked below applies to the levy we served on you.**

# Release of Levy

☒  Under the provisions of Internal Revenue Code section 6343, all property, rights to property, money, credits, and bank deposits of the taxpayer(s) named above are released from the levy.

☐  Under the provisions of Internal Revenue Code section 6343, all wages, salary and other income now owed to or becoming payable to the taxpayer(s) named above are released from the levy.

# Release of Property from Levy

☐  Under the provisions of Internal Revenue Code section 6343, all property, rights to property, money, credits, and bank deposits greater than   are released from the levy.  The levy now attaches only to this amount.

☐  The last payment we received from you was _ dated _.  The amount the taxpayer still owes is .  When this amount is paid to the Internal Revenue Service, the levy is released.  If you sent us a payment after the last payment date shown, subtract that from the amount you send now.

☐  Under the provisions of Internal Revenue Code section 6343, all wages, salary and other income ☐ **greater than** ☐ **less than**  each now owed to or becoming payable to the taxpayer(s) named above are released from the levy.

Dated at  FREEHOLD, NJ,                                                February 20, 2013
(Place)                                                                              (Date)

| Signature | Telephone Number | Title |
|---|---|---|
| */S/ M. MACGILLIVRAY* | (732)761-3338 | REVENUE OFFICER |

Part 2 – For Taxpayer

Form 668-D (DO/CG) (Rev. 12-2001)

| Form **668-D**<br>(Rev. December 2001) | Department of the Treasury - Internal Revenue Service<br>## Release of Levy/Release of Property from Levy |
|---|---|

| To | Taxpayer(s)<br>MATTHEW E MCMANUS |
|---|---|
| CHARLES SCHWAB & CO INC<br>OFFICE OF CORPORATE COUNSEL<br>101 MONTGOMERY ST.<br>SAN FRANCISCO, CA 94104 | ██████████████████████ |
| | Identifying Number(s)<br>████████████ |

A notice of levy was served on you and demand was made for the surrender of:

☒ all property, rights to property, money, credits and bank deposits of the taxpayer(s) named above, except as provided in 6332(c) of the Internal Revenue Code--"Special Rule For Banks." See Page 2 regarding this exception.

☐ wages, salary and other income, now owed to or becoming payable to the taxpayer(s) named above.

**The box checked below applies to the levy we served on you.**

# Release of Levy

☒ Under the provisions of Internal Revenue Code section 6343, all property, rights to property, money, credits, and bank deposits of the taxpayer(s) named above are released from the levy.

☐ Under the provisions of Internal Revenue Code section 6343, all wages, salary and other income now owed to or becoming payable to the taxpayer(s) named above are released from the levy.

# Release of Property from Levy

☐ Under the provisions of Internal Revenue Code section 6343, all property, rights to property, money, credits, and bank deposits greater than   are released from the levy. The levy now attaches only to this amount.

☐ The last payment we received from you was _ dated _. The amount the taxpayer still owes is . When this amount is paid to the Internal Revenue Service, the levy is released. If you sent us a payment after the last payment date shown, subtract that from the amount you send now.

☐ Under the provisions of Internal Revenue Code section 6343, all wages, salary and other income   ☐ **greater than**  ☐ **less than**   each now owed to or becoming payable to the taxpayer(s) named above are released from the levy.

Dated at FREEHOLD, NJ,                                                    February 20, 2013
       *(Place)*                                                                  *(Date)*

| Signature<br><br>*/S/ M. MACGILLIVRAY* | Telephone Number<br><br>(732)761-3338 | Title<br><br>REVENUE OFFICER |
|---|---|---|

Part 2 – For Taxpayer                                    Form 668-D (DO/CG) (Rev. 12-2001)

| | |
|---|---|
| Form **668-D**<br>(Rev. December 2001) | Department of the Treasury - Internal Revenue Service<br># Release of Levy/Release of Property from Levy |

| To<br><br>MORGAN STANLEY SMITH BARNEY LLC<br>201 PLAZA TWO<br>7TH FLOOR<br>JERSEY CITY, NJ 07311 | Taxpayer(s)<br>MATTHEW E MCMANUS & JENNIFER BURMAN<br>███ ████████<br>█████████████ █████████ |
|---|---|
| . | Identifying Number(s)<br>█████████ |

A notice of levy was served on you and demand was made for the surrender of:

☒ all property, rights to property, money, credits and bank deposits of the taxpayer(s) named above, except as provided in 6332(c) of the Internal Revenue Code–"Special Rule For Banks." See Page 2 regarding this exception.

☐ wages, salary and other income, now owed to or becoming payable to the taxpayer(s) named above.

**The box checked below applies to the levy we served on you.**

# Release of Levy

☒ Under the provisions of Internal Revenue Code section 6343, all property, rights to property, money, credits, and bank deposits of the taxpayer(s) named above are released from the levy.

☐ Under the provisions of Internal Revenue Code section 6343, all wages, salary and other income now owed to or becoming payable to the taxpayer(s) named above are released from the levy.

# Release of Property from Levy

☐ Under the provisions of Internal Revenue Code section 6343, all property, rights to property, money, credits, and bank deposits greater than   are released from the levy. The levy now attaches only to this amount.

☐ The last payment we received from you was _ dated _. The amount the taxpayer still owes is . When this amount is paid to the Internal Revenue Service, the levy is released. If you sent us a payment after the last payment date shown, subtract that from the amount you send now.

☐ Under the provisions of Internal Revenue Code section 6343, all wages, salary and other income ☐ **greater than** ☐ **less than**  each now owed to or becoming payable to the taxpayer(s) named above are released from the levy.

Dated at FREEHOLD, NJ,                                          February 20, 2013
         *(Place)*                                                    *(Date)*

| Signature<br><br>*/S/ M. MACGILLIVRAY* | Telephone Number<br><br>(732)761-3338 | Title<br><br>REVENUE OFFICER |
|---|---|---|

Part 2 – For Taxpayer                                     Form 668-D (DO/CG) (Rev. 12-2001)

| Form **668-D** (Rev. December 2001) | Department of the Treasury - Internal Revenue Service **Release of Levy/Release of Property from Levy** |

| To | Taxpayer(s) |
|---|---|
| MORGAN STANLEY SMITH BARNEY LLC 201 PLAZA TWO 7TH FLOOR JERSEY CITY, NJ 07311 | MATTHEW E MCMANUS ██████████████████ |
| | **Identifying Number(s)** ████████████ |

A notice of levy was served on you and demand was made for the surrender of:

☒ all property, rights to property, money, credits and bank deposits of the taxpayer(s) named above, except as provided in 6332(c) of the Internal Revenue Code–"Special Rule For Banks." See Page 2 regarding this exception.

☐ wages, salary and other income, now owed to or becoming payable to the taxpayer(s) named above.

**The box checked below applies to the levy we served on you.**

# Release of Levy

☒ Under the provisions of Internal Revenue Code section 6343, all property, rights to property, money, credits, and bank deposits of the taxpayer(s) named above are released from the levy.

☐ Under the provisions of Internal Revenue Code section 6343, all wages, salary and other income now owed to or becoming payable to the taxpayer(s) named above are released from the levy.

# Release of Property from Levy

☐ Under the provisions of Internal Revenue Code section 6343, all property, rights to property, money, credits, and bank deposits greater than   are released from the levy. The levy now attaches only to this amount.

☐ The last payment we received from you was _ dated _. The amount the taxpayer still owes is . When this amount is paid to the Internal Revenue Service, the levy is released. If you sent us a payment after the last payment date shown, subtract that from the amount you send now.

☐ Under the provisions of Internal Revenue Code section 6343, all wages, salary and other income ☐ **greater than** ☐ **less than**  each now owed to or becoming payable to the taxpayer(s) named above are released from the levy.

Dated at FREEHOLD, NJ,                                                    February 20, 2013
         *(Place)*                                                                    *(Date)*

| Signature | Telephone Number | Title |
|---|---|---|
| */S/ M. MACGILLIVRAY* | (732)761-3338 | REVENUE OFFICER |

Part 2 – For Taxpayer                                    Form 668-D (DO/CG) (Rev. 12-2001)

Form **668-D**
(Rev. December 2001)

Department of the Treasury - Internal Revenue Service
# Release of Levy/Release of Property from Levy

| To | Taxpayer(s) |
|---|---|
| JP MORGAN CHASE BANK NA<br>COURT ORDERS & LEVY DEPT<br>PO BOX 183164<br>COLUMBUS, OH 43218-3164800 | MATTHEW E MCMANUS & JENNIFER BURMAN<br>████████████████ |
| | **Identifying Number(s)**<br>████████ |

A notice of levy was served on you and demand was made for the surrender of:

☒ all property, rights to property, money, credits and bank deposits of the taxpayer(s) named above, except as provided in 6332(c) of the Internal Revenue Code--"Special Rule For Banks." See Page 2 regarding this exception.

☐ wages, salary and other income, now owed to or becoming payable to the taxpayer(s) named above.

**The box checked below applies to the levy we served on you.**

# Release of Levy

☒ Under the provisions of Internal Revenue Code section 6343, all property, rights to property, money, credits, and bank deposits of the taxpayer(s) named above are released from the levy.

☐ Under the provisions of Internal Revenue Code section 6343, all wages, salary and other income now owed to or becoming payable to the taxpayer(s) named above are released from the levy.

# Release of Property from Levy

☐ Under the provisions of Internal Revenue Code section 6343, all property, rights to property, money, credits and bank deposits greater than   are released from the levy. The levy now attaches only to this amount.

☐ The last payment we received from you was _ dated _. The amount the taxpayer still owes is . When this amount is paid to the Internal Revenue Service, the levy is released. If you sent us a payment after the last payment date shown, subtract that from the amount you send now.

☐ Under the provisions of Internal Revenue Code section 6343, all wages, salary and other income ☐ **greater than** ☐ **less than**  each now owed to or becoming payable to the taxpayer(s) named above are released from the levy.

Dated at FREEHOLD, NJ,
_(Place)_

February 20, 2013
_(Date)_

| Signature | Telephone Number | Title |
|---|---|---|
| */S/ M. MACGILLIVRAY* | (732)761-3338 | REVENUE OFFICER |

Part 2 – For Taxpayer

Form 668-D (DO/CG) (Rev. 12-2001)

| Form **668-D**<br>(Rev. December 2001) | Department of the Treasury - Internal Revenue Service<br># Release of Levy/Release of Property from Levy |
|---|---|

| To<br><br>JP MORGAN CHASE BANK NA<br>COURT ORDERS & LEVY DEPT<br>PO BOX 183164<br>COLUMBUS, OH 43218-3164800 | Taxpayer(s)<br>MATTHEW E MCMANUS<br>███████████████ |
| | Identifying Number(s)<br>███████ |

A notice of levy was served on you and demand was made for the surrender of:

☒ all property, rights to property, money, credits and bank deposits of the taxpayer(s) named above, except as provided in 6332(c) of the Internal Revenue Code--"Special Rule For Banks." See Page 2 regarding this exception.

☐ wages, salary and other income, now owed to or becoming payable to the taxpayer(s) named above.

**The box checked below applies to the levy we served on you.**

# Release of Levy

☒ Under the provisions of Internal Revenue Code section 6343, all property, rights to property, money, credits, and bank deposits of the taxpayer(s) named above are released from the levy.

☐ Under the provisions of Internal Revenue Code section 6343, all wages, salary and other income now owed to or becoming payable to the taxpayer(s) named above are released from the levy.

# Release of Property from Levy

☐ Under the provisions of Internal Revenue Code section 6343, all property, rights to property, money, credits, and bank deposits greater than  are released from the levy. The levy now attaches only to this amount.

☐ The last payment we received from you was _ dated _. The amount the taxpayer still owes is . When this amount is paid to the Internal Revenue Service, the levy is released. If you sent us a payment after the last payment date shown, subtract that from the amount you send now.

☐ Under the provisions of Internal Revenue Code section 6343, all wages, salary and other income ☐ **greater than** ☐ **less than**  each now owed to or becoming payable to the taxpayer(s) named above are released from the levy.

Dated at FREEHOLD, NJ,                                                                                February 20, 2013
*(Place)*                                                                                                                    *(Date)*

| Signature<br><br>*/S/ M. MACGILLIVRAY* | Telephone Number<br><br>(732)761-3338 | Title<br><br>REVENUE OFFICER |
|---|---|---|

Part 2 – For Taxpayer

Form 668-D (DO/CG) (Rev. 12-2001)