# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| v. | : | CRIMINAL NO. 12-190-2 |
| | : | |
| MATTHEW MCMANUS | : | CIVIL ACTION NO. 15-5635 |
| | : | |

## ORDER

AND NOW, this 31st day of May, 2017, upon consideration of the motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (Doc. No. 365), and the response and reply thereto, it is hereby **ORDERED** that the motion is **DENIED**. It is further **ORDERED** that a certificate of appealability shall not issue.

BY THE COURT:

_____
MITCHELL S. GOLDBERG, J.